BEFORE: MICHAEL L. ORENSTEIN                DATE October 5, 2009
UNITED STATES MAGISTRATE JUDGE              TIME ON: 2:30
                                            TIME OFF:_____

DOCKET# 05-3173                    ASSIGNED JUDGE: PLATT

CASE NAME: Carematrix of Massachusetts v. Kaplan-Brooks

## CIVIL CONFERENCE

Initial___   Status _X_   Discovery ____   Settlement____

Pretrial___   Pre-Motion ____

Motion_____

ESR TIME #_____

APPEARANCES:    Plaintiff    _____

                Defendant    _____

Discovery completed by       _____

*The discovery completion date specified in any pre-trial order is the last day to serve discovery responses. To be timely, discovery requests must be served sufficiently in advance of the discovery completion date for responses to be served prior to the discovery completion date.

Next _____ conference     _____
Pre-Trial Order filed by     _____

            Plaintiff         _____

            Defendant         _____

THE FOLLOWING RULINGS WERE MADE:

Court stayed discovery only on issues to be heard on 11/3, 4 and 5/09. All other discovery may proceed.