UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CAREMATRIX OF MASSACHUSETTS, et al.,

                             Plaintiffs,

          -against-                       **ORDER**
                                               CV 05-3173 (TCP)(ARL)

ROBERT KAPLAN, et al.,

                             Defendants.
-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      The court has reviewed the respective submissions of counsel dated February 28, 2011and March 1, 2011. Both parties seek a resolution of the bankruptcy issues raised in their correspondence urging that it could lead to a resolution of the claims in this case. The parties are therefore referred to the dispositive motion practice of the district court judge and must file their motions in accordance with the district court's individual rules governing such motion practice. All other matters in this action are stayed pending a resolution of their motions.

Dated:  Central Islip, New York                **SO ORDERED:**
         March 17, 2011

                                                        _____/s/_____
                                                        ARLENE R. LINDSAY
                                                       United States Magistrate Judge